## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| AWEIS ABDO,<br>          PETITIONER,<br><br>v.<br><br>SCOTT BANIECKE, FIELD DIRECTOR<br>DETENTION AND REMOVAL, FOR<br>BUREAU OF IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br><br>          RESPONDENT. | CIVIL NO. 06-1500 JNE/AJB<br><br><br>REPORT AND RECOMMENDATION ON<br>PETITION FOR HABEAS CORPUS |

___

Virginia Villa, Assistant Federal Public Defender, on behalf of petitioner

Mary Jo Madigan and Perry F. Sekus, Assistant United States Attorneys, on behalf of the government
___

     This matter is before the court, United States Magistrate Judge Arthur J. Boylan, on petitioner's writ of habeas corpus under 28 U.S.C. § 2441.  The government has informed the court that Mr. Abdo has been given his Release Notification.  Based on this assertion,

    the court **HEREBY RECOMMENDS** that Mr. Abdo's petition for writ of habeas corpus [Docket No. 1] be **denied as moot**.


Date:  May 23, 2006


                                                             s/ Arthur J. Boylan
                                                             Arthur J. Boylan
                                                              United States Magistrate Judge

## NOTICE

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of Court, and by serving upon all parties, written objections which specifically identify the portions of the Report to which objections are made and the bases for each objection. This Report and Recommendation does not constitute an order or judgment from the District Court and it is therefore not directly appealable to the Circuit Court of Appeals. Written objections must be filed with the Court on or before **June 7, 2006**.