UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

AWES ABDO,                                   CIVIL NO. 06-1500 JNE/AJB

    PETITIONER,

v.                                           **ORDER**

SCOTT BANIECKE, FIELD DIRECTOR
DETENTION AND REMOVAL, FOR
BUREAU OF IMMIGRATION AND
CUSTOMS ENFORCEMENT,

    RESPONDENT.

---

Virginia Villa, Assistant Federal Public Defender, on behalf of petitioner

Mary Jo Madigan and Perry F. Sekus, Assistant United States Attorneys, on behalf of the government

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan dated May 23, 2006. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that Petition for writ of habeas corpus [Docket No. 1] is **denied as moot**.

Dated: June 14, 2006

                                              s/ Joan N. Ericksen
                                              Joan N. Ericksen
                                              United States District Court